IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10392
Conference Calendar

_____

BRYAN MCMILLEN; JAMES MCMILLEN;
LINDA MCMILLEN,

Plaintiffs-Appellants,

versus

DENNIS CLAY; DENNIS MEYERS;
TINA JACKSON,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CV-14-A
- - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Bryan McMillen and his parents, James and Linda McMillen, appeal the dismissal of their civil rights suit which alleged that seventeen-year old Bryan was illegally arrested for a murder and subjected to excessive force, unconstitutional jail conditions, unfair investigative conduct, inadequate medical treatment, false and malicious prosecution, and false imprisonment.  We have reviewed the record and the parties'

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

briefs and AFFIRM for the reasons set forth by the district court. <u>McMillen v. Clay</u>, No. 4:97-CV-14-A (N.D. Tex., Mar. 11, 1997).

AFFIRMED.